IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
THOMASVILLE DIVISION

| | | |
|---|---|---|
| LATONA JEAN WILLIAMS, | * | |
| Petitioner, | * | |
| | | CASE NO. 6:06-CV-3 HL |
| VS. | * | 28 U.S.C. § 2255 |
| | | CASE NO. 6:03-CR-3 HL |
| UNITED STATES OF AMERICA, | * | |
| Respondent. | * | |

## DENIAL OF MOTION TO PROCEED
## IN FORMA PAUPERIS

Petitioner Williams filed a Notice of Appeal in duplicate in this case on May 19, 2006 [Documents 33, 34]. This court treated those pleadings as a Notice of Appeal and a Motion for Certificate of Appealability and denied the same on June 1, 2006. [Document 36]. Petitioner Williams filed, on June 26, 2006, an Application To Proceed In Forma Pauperis on Appeal [Document 38].

This Court having denied Petitioner a Certificate of Appealability, now denies her Application To Proceed In Forma Pauperis on Appeal as moot.

**SO ORDERED** this 7th day of July 2006.

                                     s/   Hugh Lawson
                                     HUGH LAWSON
                                     UNITED STATES DISTRICT JUDGE